

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC

                Plaintiff(s)

v.

MIKE SUCHANEK

                Defendant(s)
-----------------------------------------------------------/

Civil Action No. 1:17-cv-09135-KBF

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                S.S.
COUNTY OF NEW YORK)

    **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 1st day of March, 2018, at approximately the time of 9:37am, deponent served a true copy of the **SUMMONS; AMENDED COMPLAINT WITH EXHIBITS; CORPORATE DISCLOSURE STATEMENT; ORDER; AND SDNY INDIVIDUAL PRACTICES IN CIVIL CASES** upon **MIKE SUCHANEK** at 61 West 68th Street, Apartment 8, New York, NY 10023 by personally delivering and leaving the same with **MIKE SUCHANEK** at that address.  At the time of service, deponent asked **MIKE SUCHANEK** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**MIKE SUCHANEK** is a white male, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 155 pounds with gray hair and brown eyes.

_____
FREDERICK PRINGLE, #1350201

Sworn to before me this
1st day of March, 2018

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2018

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com