UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALIBU MEDIA, LLC,                                          :
                                                            :
                                Plaintiff(s),               :
                                                            :      17   Civ. 9135   (KBF)
                -v-                                         :
                                                            :      SCHEDULING ORDER
JOHN DOE subscriber IP address 209.122.119.157              :
                                                            :
                                Defendant(s).               :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☑]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 20 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: _July 13, 2018_. **[within 4 months unless the case is particularly complex]**

4. Close of expert discovery: _August 7, 2018_. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s): _liability, and damages_.

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☐]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

   Section 216(b) proposed briefing schedule:
   Opening: _____ [30 days after initial conference]
   Opp'n: _____ [21 days after opening brief]
   Reply: _____ [7 days after opposition brief]

6. The parties [do____ / do not____] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) Summary Judgment_____.

   Proposed briefing schedule:
   Opening: July 13, 2018 [no later than item 3]
   Opp'n: August 3, 2018 [21 days after opening brief]
   Reply: August 10, 2018 [7 days after opposition brief]
   *Last dates to file; motions may be brought at any time.*

7. Trial [will ✔ / will not ☐ ] be before a jury.[2]

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

8. The next status conference is set for _____ at _____.

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

  Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[3]

11. Trial in this matter shall commence on March 2019 . Trial is anticipated to take 4 [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
_____, 2018

            _____
            KATHERINE B. FORREST
            United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b). It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.