UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MALIBU MEDIA, LLC,

                    Plaintiff,

     vs.

MIKE SUCHANEK,

                    Defendant.
------------------------------------------------------------------X

Case No. 1:17-cv-09135-KBF

Judge Forrest

## PLAINTIFF'S NOTICE OF SERVICE

**PLEASE TAKE NOTICE,** per the Court's Order dated March 21, 2018 [DE 29], Plaintiff Malibu Media, LLC, hereby gives notice of serving Defendant's counsel with this court's order rescheduling the pretrial conference to March 22, 2018. Service was completed on March 19, 2018.

Dated: March 22, 2018                Respectfully submitted,

                                          By:   /s/ *Kevin T. Conway*
                                                     Kevin T. Conway, Esq. (KC-3347)
                                                     664 Chestnut Ridge Road
                                                     Spring Valley, New York 10977-6201
                                                     T: 845-352-0206
                                                     F: 845-352-0481
                                                     E-mail: ktcmalibu@gmail.com
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Kevin T. Conway*  
Kevin T. Conway, Esq.

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>MALIBU MEDIA, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>MIKE SUCHANEK,<br><br>　　　　　　　　　　　　Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: March 12, 2018 |

17-cv-9135 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court must reschedule the initial pretrial conference currently set for March 16, 2018 at 3:00 p.m. The **telephonic** conference shall take place on **Thursday, March 22, at 1:30 p.m.** Parties shall call Chambers (212-805-0276) from one line at that time.

All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the schedule change by serving each of them with a copy of this order; counsel shall file proof of such service with the Court.

SO ORDERED.

Dated:   New York, New York
　　　　March 12, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KATHERINE B. FORREST
　　　　　　　　　　　　　　　　　　　United States District Judge