UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MALIBU MEDIA, LLC,

                        Plaintiff,

            -v-                               17-cv-9135 (KBF)

MIKE SUCHANEK,                              ORDER

                        Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2018

KATHERINE B. FORREST, District Judge:

During the conference held on Thursday, March 22, 2018 at 1:30 p.m., the parties indicated that they were interested in having this case referred to a magistrate judge for all purposes. The Court indicated that it would send the referral order to the parties and that they should fill it out and file in it on the docket. No such order has been filed on the docket.

The parties are hereby ordered to either file that form on the docket or file a letter with a status update **not later than March 30, 2018**.

SO ORDERED.

Dated:     New York, New York
            March 28, 2018

                                                         _____
                                                            KATHERINE B. FORREST
                                                            United States District Judge