**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

*664 Chestnut Ridge Road*　　　　　　　　*c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*　　　　　　　　*500 Frank W. Burr Blvd., Ste. 31*
*Tel: (845) 352-0206*　　　　　　　　　　*Teaneck, NJ 07666*
*Fax: (845) 352-0481*　　　　　　　　　　*Tel: (201) 928-1100*

April 25, 2018

The Honorable Judge Sarah Netburn
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007-1312

> *Re: 1:17-cv-09135-SN, Malibu Media, LLC v. John Doe Assigned IP Address 209.122.119.157 - Plaintiff's Second Letter-Motion to Adjourn the Initial Rule 16 Scheduling Conference on April 27, 2018 at 12:00 p.m.*

Dear Judge Netburn:

    I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. Please allow this letter to serve as a motion to adjourn the Initial Pre-Trial Conference scheduled for April 27, 2018 at 12:00 p.m.

    This matter has been filed as a John Doe, the Internet subscriber assigned the referenced IP address, wherein Plaintiff is claiming defendant's direct infringement of several of Plaintiff's works through the BitTorrent protocol. The defendant's name and address is presently known to Plaintiff. On December 8, 2017, Plaintiff filed a motion (D.E. 11) for leave to serve a third-party subpoena on the referenced IP address via its internet service provider, RCN Telecom Services, LLC ("RCN"). Pursuant to the Court's Order of December 12, 2017 (D.E. 17), Plaintiff served RCN with said subpoena. On or about February 1, 2018, RCN responded providing defendant's identifying information. On February 23, 2018, Plaintiff amended complaint (D.E.24) and filed the Affidavit of Service on 03/05/2018 (D.E.27).

    At this time, Plaintiff is in communication with Defendant's counsel and was advised by Defendant's counsel that she has a previously scheduled hearing on April 27, 2018. Additionally, Plaintiff's counsel also has a previously scheduled hearing for April 27, 2018 in Ocean County, New Jersey at 9:00 a.m. and therefore, will not be able to attend the conference. Due to the conflict in schedules, for both parties, it will not be possible for Plaintiff's and Defendant's

1

counsel to attend this conference. As such, Plaintiff is respectfully requesting an adjournment of the Initial Pre-Trial Conference to a later date. The parties have conferred and Plaintiff's Letter Motion to Adjourn the Initial Pretrial Conference is unopposed.

    WHEREFORE, we respectfully request that this Court grant Plaintiff's motion for an adjournment of the conference on April 27, 2018.

                              Respectfully Submitted,

By:    /s/ *Kevin T. Conway*
          Kevin T. Conway (KC-3347)
          664 Chestnut Ridge Road
          Spring Valley, NY 10977-6201
          T: (845) 352-0206
          F: (845) 352-0481
          ktcmalibu@gmail.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                            By:    */s/ Kevin T. Conway*
                                                                                    Kevin T. Conway (KC-3347)
                                                                                     ktcmalibu@gmail.com664
                                                                                  Chestnut Ridge Road
                                                                                  Spring Valley, NY 10977-6201
                                                                                  T: (845) 352-0206
                                                                                  F: (845) 352-0481
                                                                                  *Attorneys for Plaintiff*